# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

United States of America
v.
TREVON GROSS

_Defendant_

)
)
)
)
)
)
)

Case No.  S2 15 Cr. 769

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 03 2016

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    TREVON GROSS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Bank Bribery (18 U.S.C. 215(a)(2))

Date:    03/01/2016                              _____
                                                         _Issuing officer's signature_

City and state:    New York, New York            Hon. Debra Freeman, U.S. Magistrate Judge, S.D.N.Y.
                                                         _Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ 3\|1\|16 , and the person was arrested on _(date)_ 3\|3\|16 at _(city and state)_ NY, NY . | | |
| Date: 3\|7\|16 | _Arresting officer's signature_ | |
| | Joel DeCapua | |
| | _Printed name and title_ | |