AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

U.S.A.
_____
Plaintiff
v.
Trevon Gross
_____
Defendant

Case No. S2 15-CR-769 (AJN)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevon Gross

Date: 3/3/16

Kristen M. Santillo
*Attorney's signature*

Kristen M. Santillo, KS0467
*Printed name and bar number*

Krovatin Klingeman LLC
60 Park Place, Suite 1100
Newark, NJ 07102
*Address*

ksantillo@krovatin.com
*E-mail address*

973-424-9777
*Telephone number*

973-424-9779
*FAX number*