

# Krovatin Klingeman LLC
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

March 18, 2016

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

We represent Defendant Trevon Gross in above-captioned matter. As Your Honor requested at our last status conference on March 4, 2016, we write to update the Court on the progress of the case.

Mr. Gross was indicted on March 3, 2016, and we understand from the status conference on March 4, 2016 that a trial date has been set for October 31, 2016 for Mr. Gross and his co-defendants. We will make every effort to be prepared for that trial date, but to date have received only limited discovery. We anticipate that we will be receiving over 3 terabytes of data in the coming weeks. We are hopeful that we will be able to process and review the relevant material within the existing timeline, and will inform the Court if difficulties arise as we begin to review the discovery.

We are happy to answer any of the Court's questions or address any concerns. Thank you for your thoughtful attention.

Respectfully submitted,

*Kristen M. Santillo*

KRISTEN M. SANTILLO