

ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102  973-424-9777  WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

March 24, 2016

**VIA ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

        We represent Defendant Trevon Gross in the above-captioned matter. On March 3, 2016, Mr. Gross was released on a $100,000 personal recognizance bond under the supervision of Pretrial Services. Pretrial Services has determined that electronic reporting is appropriate for Mr. Gross. Therefore, we respectfully request that Mr. Gross's conditions of release be modified to specify that he is permitted to report electronically. The Government and Pretrial Services have no objection to this request.

        An additional condition of Mr. Gross's release was that he surrender his firearms. Mr. Gross fully complied with this condition on March 4, 2016. However, Pretrial Services has asked that he also surrender his firearms identification card so that he is not in a position to obtain any additional firearms. Mr. Gross has no objection to this request, but Pretrial Services has requested that the conditions of release be modified to permit them to take possession of his firearms identification card. We therefore respectfully request that the conditions of his release be modified to require Mr. Gross to surrender his firearms identification card to Pretrial Services.



We are happy to answer any of the Court's questions or address any concerns. Thank you for your attention to this matter.

Respectfully submitted,

s/ Kristen M. Santillo
ksantillo@krovatin.com


cc: AUSA Daniel Noble
AUSA Eun Young Choi
Officer Bernisa Mejia, Pretrial Services