UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Anthony Murgio, et al.,

            Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 16, 2016, Defendant Trevon Gross filed a motion to transfer venue. *See* Dkt. Nos. 195, 196. Pursuant to Local Rule 49.1, opposition to that motion is due by September 30, 2016, and any reply brief is due by October 7, 2016.

    SO ORDERED.

Dated: September 23, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1