

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

October 20, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *United States v. Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

  We write to respectfully request a slight modification of the sentencing schedule for Trevon Gross from 10:00 a.m. to 11:00 a.m. on Monday, October 20, 2017. Mr. Klingeman would like to attend the proceedings, and an oral argument was recently scheduled by Judge Rakoff requiring Mr. Klingeman's presence at 9:30 a.m. The government is available at 11:00 a.m. as well and consents to this request.

  Thank you for your consideration.

               Respectfully submitted,

               /s/Kristen Santillo
               Kristen M. Santillo
               Henry E. Klingeman

cc: AUSA Daniel Noble
   AUSA Eun Young Choi
   AUSA Won Shin