USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 5 2017

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza

December 15, 2017

**By ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Trevon Gross**, S6 15 Cr. 769 (AJN)

Dear Judge Nathan:

    The Government writes to request an extension of its time to file its response to the defendant Trevon Gross's request for support for the final restitution figure. The Court yesterday directed the Government to respond by 5:00 p.m. today. The Government respectfully requests an extension to **Monday, December 18, 2017 at 5:00 p.m.** This extension is necessary because the AUSA with primary responsibility for restitution issues in this case is traveling internationally for work. The Government emailed defense counsel this morning to seek consent for this extension request but has not yet received a response.

So ordered.

SO ORDERED:
12/15/17
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:    /s/
Won S. Shin
Assistant United States Attorney
Southern District of New York
(212) 637-2226

Cc:  Defense Counsel (by ECF)