

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 26, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Anthony Murgio</u> *et al.*,
             S6 15 Cr. 769 (AJN)

Dear Judge Nathan:

    Pursuant to the Court's Memo Endorsed Order entered on December 19, 2017 (ECF No. 693), please find enclosed for the Court's consideration proposed final restitution orders for defendants Anthony Murgio, Yuri Lebedev, and Trevon Gross.

                          Respectfully submitted,

                          JOON H. KIM
                          Acting United States Attorney

        By:            /s/
                Eun Young Choi / Daniel S. Noble / Won S. Shin
                Assistant United States Attorneys
                (212) 637-2187 / 2239 / 2226

Encl.

Cc:    Defense Counsel