N.Y.S.D. Case #
15-cr-769(AJN)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of January, two thousand and eighteen.

Before:      Raymond J. Lohier, Jr.,
*Circuit Judge.*

_____

United States of America,

     Appellee,

v.

Anthony R. Murgio, AKA Sealed Defendant 1, Yuri Lebedev, Trevon Gross,

     Defendants - Appellants.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 05, 2018

**ORDER**

Docket Nos. 17-3691(L), 17-3758(con), 17-3808(con)

Appellants Yuri Lebedev and Trevon Gross move for bail pending appeal and for a stay of their surrender pending the Court's decision on their motions for bail pending appeal.

IT IS HEREBY ORDERED that the motions for bail pending appeal are REFERRED to the next available motions panel. IT IS FURTHER ORDERED that appellants are granted a temporary stay of surrender until their motions for bail are determined by the panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/05/2018