UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVON GROSS,<br><br>　　　　　　　　　　Defendant. | **AMENDED ORDER OF RESTITUTION**<br><br>S6 15 Cr. 769 (AJN) |

Upon the application of the United States of America, by its attorney, Joon H. Kim, Acting United States Attorney for the Southern District of New York, Eun Young Choi, Daniel Noble, and Won Shin, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's convictions on Counts Three and Five of the above-referenced Indictment; and all prior proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** TREVON GROSS, the Defendant, shall pay restitution in the amount of **$126,771.82** to the victim of the offense charged in Counts Three and Five, namely the National Credit Union Administration ("NCUA"). The specific amount owed to the NCUA and the address to which the Clerk of Court should send restitution payments are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** With respect to restitution for the victim of the offense charged in Counts Three and Five, the Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, including co-defendants Anthony Murgio, Yuri Lebedev, and Jose Freundt. The Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount

09.10.2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 5 2018

of restitution ordered herein, or the NCUA has been paid the total amount of its loss from all the

restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
    JAN      3, 2017

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVON GROSS,<br><br>                    Defendant. | **SCHEDULE OF VICTIMS**<br><br>S6 15 Cr. 769 (AJN) |

| Name | Address | Amount of Restitution |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION | ATTN: HOPE FCU/Restitution<br>P.O. Box 979047<br>St. Louis, Missouri 63197-9000 | $126,771.82 |
| Total | | $126,771.82 |

09.10.2013