

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

January 5, 2018

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

We represent Defendant Trevon Gross in the above-captioned matter.  On March 3, 2016, Mr. Gross was released under pretrial supervision, and his travel is currently restricted to the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania.  Mr. Gross was scheduled to surrender to the Bureau of Prisons on January 8, 2018 to begin to serve his sentence, but the Second Court of Appeals has stayed his surrender date pending the outcome of Mr. Gross's motion for bail pending appeal.  *See* Dkt. No. 696.  No date has been set for argument on that motion.  Mr. Gross seeks to modify the conditions of his release to permit him to travel to Kileen, TX from January 8-10, 2018 for a Pastors Conference.  The government and Pretrial Services have no objection to this request.  We are happy to answer any of the Court's questions or address any concerns.  Thank you for your attention to this matter.

Respectfully submitted,

/s/Kristen Santillo
Kristen Santillo

cc:   AUSA Daniel Noble
      AUSA Eun Young Choi
      AUSA Won Shin
      Officer Bernisa Mejia, Pretrial Services