UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| -against- | :    15-CR-769-03 (AJN) |
| | : |
| | : |
| TREVON GROSS, | : |
|                   *Defendant.* | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF GROSS'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Declaration of Kristen M. Santillo, and Exhibits, all filed in support of the Motion, Trevon Gross will move before the Honorable Alison J. Nathan United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, as soon as counsel may be heard, for an Order of Compassionate Release under 18 U.S.C. § 3582(c)(1)(a)(i) due to extraordinary circumstances related to the COVID-19 pandemic.

| | |
|---|---|
| Dated: April 1, 2020<br>       New York, NY | Respectfully submitted,<br><br>GELBER & SANTILLO PLLC<br><br>By:   /s/ Kristen M. Santillo<br>        Kristen M. Santillo<br>        347 W. 36th Street, Suite 805<br>        New York, NY 10018<br>        ksantillo@gelbersantillo.com<br>        *Attorney for Trevon Gross* |