USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Trevon Gross,

        Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 1, 2020, Defendant filed an emergency motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(a)(i). *See* Dkt. No. 753. By 5 p.m. on April 2, 2020, the Government shall respond to Defendant's motion. The Government's response must include answers to the following questions:

1) Does Defendant currently have the ability to make administrative requests? *See* Dkt. No. 753-1 at 8 (arguing the Defendant "no longer has . . . the ability to make administrative requests").

2) If so, how may he do so under current conditions?

3) How long will it take for him to receive a response?

    SO ORDERED

Dated: April _2_, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge