UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

              -v-                               15-cr-769 (AJN)

                                               ORDER

Trevon Gross,

                        Defendant.

ALISON J. NATHAN, District Judge:

       The Court is in receipt of the Government's email request for an adjournment of the deadline to respond to Defendant's emergency motion for compassionate release. The Government shall respond to Defendant's motion by 5 p.m. on April 3, 2020.

       The Court further notes that communication by email is permissible if technologically necessary, but any communications not filed on the public docket should be docketed when feasible.

       SO ORDERED.

Dated:  April _2_, 2020
           New York, New York

                                               ALISON J. NATHAN
                                               United States District Judge