

April 8, 2020

SO ORDERED 4/8/20

*Alison J. Nathan* (signature)

Alison J. Nathan, U.S.D.J.

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Trevon Gross,* 15-cr-769-03

Dear Judge Nathan:

SO ORDERED

I represent Trevon Gross in the above-referenced matter and write to request a short extension to submit my reply brief in further support of Mr. Gross's emergency motion for compassionate release, until tomorrow, April 9, 2020, at 12:00 p.m. In the Court's order dated April 6, 2020, the Court directed defense counsel to submit our reply brief by April 8, 2020. I have also been addressing emergency issues in several other criminal cases this week. Therefore, I respectfully request this brief extension. The Government consents to this request.

Thank you for your consideration of this matter.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/20