USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States<br><br>        –v–<br><br>Trevon Gross,<br><br>                        Defendant. | 15-cr-769 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Gross's request for immediate release in light of the Court's recent decision in *United States v. Gerard Scparta*, No 18-cr-578, Dkt. No. 69 (S.D.N.Y. April 19, 2020).

The Government shall respond by April 20, 2020 at 4:30 p.m. If the Government opposes the request, in its response, it shall answer the following questions: Under what conditions is Mr. Gross being quarantined at USP Canaan? Are inmates tested for COVID-19 before or after they are placed in quarantine? While in quarantine, to what extent, if any, will Mr. Gross be exposed to other inmates or prison staff?

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge