USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/21

AUDREY STRAUSS
United States Attorney for the
 Southern District of New York
By:  JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | **STIPULATION AND ORDER OF WAGE ASSIGNMENT** |
| - v.- | **S6 15 Cr. 769 (AJN)** |
| TREVON GROSS, | |
| Defendant. | |

-------------------------------------------------------x

The United States of America, by its attorney AUDREY STRAUSS, United States Attorney for

the Southern District of New York, and TREVON GROSS, defendant in the above-captioned case,

hereby stipulate and agree as follows:

1.      A judgment was entered against defendant by the United States District Court for the

Southern District of New York on November 16, 2017, imposing a special assessment of $200.00, a fine of

$12,000.00, and restitution in the amount of $194,293.72.   On March 1, 2019, the District Court amended

its judgment by reducing the amount of restitution owed to $126,771.82, for which defendant is jointly and

severally liable with his convicted codefendants; the court also reinstated the previously assessed fine of

$12,000.00 and special assessment of $200.00.

2.      By its terms, any payments made to satisfy the criminal monetary penalties under the

judgment will be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution

interest; (4) fine principal; and (5) fine interest.  Pursuant to Title 18 U.S.C. § 3612(f), interest of 1.52% is

*U.S. v. Trevon Gross*, S6 15 Cr. 769 (AJN)

accruing on the unpaid balance of the restitution and fine imposed pursuant to the judgment.  As of November 17, 2020, the outstanding restitution balance, including accrued interest, for which Mr. Gross is jointly and severally liable is $115,658.14, and his outstanding fine balance, including interest, is $12,539.87.

3.      The defendant consents to a wage assignment through his current employer at a rate of $500.00 (five hundred) each month to be made by his employer directly to the Clerk of the Court.  The wage assignment payments shall start with the pay period during which defendant's employer receives this Order of Wage Assignment and will continue each pay period until the judgment balance is paid in full. The United States Attorney's Office for the Southern District of New York will conduct an annual review to determine if defendant's monthly payment should be increased based on defendant's completed financial disclosure statement and the documents accompanying that statement (tax returns, credit card billing statements, etc.).

4.      Payment shall be made by check or money order made payable to the "Clerk of the Court," and mailed to: Clerk of the Court, United States Courthouse, 500 Pearl Street, New York, New York 10007, Attn:  Cashier.  Checks or money orders sent to the Clerk of the Court will include Mr. Gross's name and the docket number of his case on the face of the check.

5.      The Government will file a lien to secure the court's judgment on any new property that defendant purchases.  Defendant shall provide the United States Attorney Office's Financial Litigation Unit – 86 Chambers Street, New York, New York 10007 - with information relating to a new purchase of property within thirty days of closing.

6.      The District Court shall retain jurisdiction over this case for purposes of enforcing this stipulation.

WHEREFORE, the parties jointly request that the Court enter an Order declaring the United States' enforcement of the criminal judgment entered against defendant with a voluntary wage assignment

*U.S. v. Trevon Gross*, S6 15 Cr. 769 (AJN)

of defendant Trevon Gross' paycheck as permitted by the Mandatory Victims Restitution Act.  18 U.S.C.

§§ 3613, 3663A-3664.

AGREED AND CONSENTED TO:

**AUDREY STRAUSS**
Acting United States Attorney for the
Southern District of New York

By: _____        2/22/21
     JOHN E. GURA, JR.                DATE
     Assistant United States Attorneys
     86 Chamber Street
     New York, NY 10007
     Tel.: (212) 637-2712


**TREVON GROSS**

By: _____        1/20/2021
     TREVON GROSS                     DATE


By: _____        1/20/21
     KRISTEN M. SANTILLO, ESQ.        DATE
     *Attorney for Defendant*
     GELBER & SANTILLO PLLC
     West 36th Street – Ste. 805
     New York, NY 10018
     Tel.: (212) 227-4753
     E-Mail: ksantillo@gelbersantillo.com


**SO ORDERED:**

_____        February 26, 2021
HONORABLE ALISON J. NATHAN       DATE
UNITED STATES DISTRICT JUDGE


*U.S. v. Trevon Gross*, S6 15 Cr. 769 (AJN)