USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Trevon Gross,

          Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government is ORDERED to respond to Defendant Trevon Gross's motion to modify conditions of supervised release by July 2, 2021. Dkt. No. 791. The Defendant's reply is due July 9, 2021.

SO ORDERED.

Dated: June 21, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge