

July 26, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/21
```

    Re:    *United States v. Trevon Gross*, 15-cr-769-3 (AJN)
            Travel Request

Dear Judge Nathan:

    I write on behalf of defendant Trevon Gross to seek a modification of the terms of his supervised release to allow him to attend a funeral in Houston, Texas, as one of the pastors at the church where he works just lost a child to suicide and the funeral will take place in Houston. Mr. Gross would travel from New Jersey to Houston on Tuesday July 27, 2021 and return Thursday, July 29, 2021.

SO ORDERED.

    The Government does not object in principle to Mr. Gross attending the funeral in Houston, but defers to Probation regarding the reasonableness of the length of the trip and the appropriateness of the travel and lodging arrangements. Probation does not object, as long as Mr. Gross provides them with an itinerary, which he will.

    Thank you for your consideration of this request.

                                                            Very truly yours,

                                                           /s/ Kristen M. Santillo
                                                           Kristen M. Santillo

CC:    AUSA Eun Young Choi
          AUSA Won S. Shin
          Probation Officer Kevin Villa

*SO ORDERED.* /s/ Alison J. Nathan, U.S.D.J.   7/26/21