USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Trevon Gross,

Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant Trevon Gross filed a letter motion seeking a modification of the terms of his supervised release to allow him to travel to Lakeland, Florida.  Dkt. No. 798.  For the reasons stated in the Government's letter in opposition, Dkt. No. 800, his letter motion is DENIED.

This resolves Dkt. No. 800.

SO ORDERED.

Dated: August 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1