

October 8, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/21
```

      Re:    *United States v. Trevon Gross*, 15-cr-769-3 (AJN)
             Travel Request

Dear Judge Nathan:

SO ORDERED.

/s/ Alison J. Nathan
10/8/21

    I write on behalf of defendant Trevon Gross to seek a modification of the terms of his supervised release to allow him to travel to Houston, Texas for a work conference for training and professional development the week of October 18-22, 2021, flying out early on October 18, 2021 and returning on October 23, 2021. I have conferred with the Government and Probation and they have no objection to this request. A letter describing the conference and why Mr. Gross's presence is requested in person is attached. Thank you for your consideration of this request.

                                           Very truly yours,

                                           /s/ Kristen M. Santillo
                                           Kristen M. Santillo

CC:    AUSA Won S. Shin
          Probation Officer Kevin Villa

# "BUILDING A COVENANT FAMILY OF FAITH"

## ASSOCIATION OF INDEPENDENT MINISTRIES

September 30, 2021

To Whom It May Concern:

I am Apostle I.V. Hilliard, the founder and leader of the Association of Independent Ministries (AIM), located in Houston, TX. Pastor Trevon Gross received his ordination through AIM. Active clergies are required to attend the Annual Church Development Strategies Conference.

The Strategies Conference is held October 18-22, 2021, at the North Campus of New Light Christian Center Church, 1535 Greensmark, Houston, TX 77067.

This annual meeting provides a time for pastors and their church staff to receive training and professional development. While this meeting was held virtually last year, we have returned to an in-person meeting because there are sacerdotal functions which cannot be performed online like celebrating the Lord's Supper, laying on hands, and anointing with oil— all functions performed at this conference in which Pastor Gross, as an active, credentialed minister would need to participate. Moreover, there is no technical infrastructure to accommodate the myriad gatherings which take place during the conference.

I, therefore, request permission for Pastor Trevon Gross to attend this meeting.

Sincerely,

Apostle I.V. Hilliard

cc: Representative Sheila Jackson Lee



P.O. BOX 670167 • HOUSTON, TX 77267          281.765.1908 • www.newlight.org/aim